**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS BALCACERES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 17-8683-JPR<br><br>**JUDGMENT** |

　　For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order remanding the case for further proceedings is denied; (2) the Commissioner's request for an order affirming her final decision is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: October 11, 2018　　　　　　　／s／ Jean Rosenbluth
　　　　　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge